IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS J. ALSTON,**<br>4020 Southern Ave SE<br>Washington, DC 20020<br><br>    Plaintiff,<br><br>v.<br><br>**FIRST NATIONAL BANK OF PENNSYLVANIA,**<br>Serve: The Corporation Trust Incorporated<br>2405 York Road, Suite 201<br>Lutherville Timonium, MD 21093<br><br>    Defendant. | Civil Action No: _____<br>(Removed from the Superior Court for the District of Columbia, Civil Action No. 2024-CAB-000703) |

**DEFENDANT FIRST NATIONAL BANK OF PENNSYLVANIA'S**
**NOTICE OF REMOVAL**
**(Federal Question Jurisdiction)**

Defendant First National Bank of Pennsylvania ("**FNB**"), by and through their undersigned counsel, hereby jointly provide Notice pursuant to 28 U.S.C. §§ 1441 and 1446 of their removal of the above-captioned case from the Civil Division of the Superior Court for the District of Columbia to the United States District Court for the District of Columbia. Removal is based on 28 U.S.C. § 1331 (federal question jurisdiction). As grounds for removal, FNB states the following:

1. On February 1, 2024, Plaintiff Thomas J. Alston, proceeding *pro se*, commenced this action against FNB by filing a Complaint in the Superior Court for the District of Columbia (the "**State Court Action**"). The State Court Action was assigned Case No. 2024-CAB-000703. Relevant to this notice, Plaintiff alleges that FNB violated the Fair Credit Reporting Act ("**FCRA**"), 15 U.S.C. § 1681s-2(b).

2. Removal to this Court is proper. Pursuant to 28 U.S.C. §§ 1446(a) and 1441(a), this Notice of Removal is being filed in the United States District Court for the District of

Columbia, which is the federal district court embracing the state court where the State Court Action was filed.

3. Removal is timely pursuant to 28 U.S.C. § 1446(b). This Notice of Removal is being filed less than 30 days after service upon FNB of a copy of the Complaint and Summons.

4. This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11. *See* 28 U.S.C. § 1446(a).

5. All procedural requirements have been met.

    a. Contemporaneously filed herewith are copies of all "process, pleadings and orders" received by FNB in the State Court Action, and which are attached hereto as Exhibit 1. *See* 28 U.S.C. § 1446(a).

    b. Attached hereto as Exhibit 2 is a copy of the Notice of Filing Notice of Removal that FNB will file in the Superior Court for the District of Columbia, and will promptly serve upon Plaintiff.

6. This Court has "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1441(a), "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Additionally, pursuant to 28 U.S.C. § 1441(b), "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removed without regard to the citizenship or residence of the parties." 28 U.S.C. § 1441(b).

7.  FNB is entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441.  Plaintiff's attempt to assert a claim under the FCRA renders this suit one over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

WHEREFORE, having satisfied all the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including the presence of all jurisdictional requirements established by 28 U.S.C. § 1331, Defendant First National Bank of Pennsylvania respectfully serves notice that the above-referenced civil action, now pending in the Superior Court for the District of Columbia is removed therefrom to the United States District Court for the District of Columbia.

Dated: February 28, 2024            Respectfully submitted,

**FIRST NATIONAL BANK OF PENNSYLVANIA**

*/s/ Michael B. Brown, Esq.*
Michael B. Brown (Fed. Bar No. 1035502)
Brian L. Moffet (*pro hac vice* forthcoming)
MILES & STOCKBRIDGE, P.C.
100 Light Street
Baltimore, Maryland 21202
410.727.6464
bmoffet@milesstockbridge.com
mbbrown@milesstockbridge.com

*Attorneys for Defendant*
*First National Bank of Pennsylvania*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of February, 2024, a copy of the foregoing was mailed via first-class mail, postage prepaid, to:

> Thomas J. Alston
> 4020 Southern Ave, SE
> Washington, DC 20020
> *Pro Se Plaintiff*

*/s/ Michael B. Brown, Esq.*
Michael B. Brown