**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS J. ALSTON,<br>*Plaintiff*,<br>v.<br>FIRST NATIONAL BANK OF PENNSYLVANIA,<br>*Defendant*. | Civil Action No. 24-553 (RDM) |

**ORDER**

Defendant, First National Bank ("FNB") of Pennsylvania, filed a motion to dismiss this case on March 6, 2024, arguing that dismissal was required because Plaintiff had failed to state a claim. Dkt. 5. This Court issued a Fox/Neal Order shortly after, ordering Plaintiff to respond to Defendant's motion to dismiss on or before March 27, 2024. Dkt. 6. The Court advised Plaintiff that if he failed to timely respond, "the Court may treat the motion as conceded, dismiss Plaintiff's claims for failure to prosecute, or rule on the motion to dismiss based on Defendant's arguments alone." *Id.* Plaintiff failed to file a response to Defendant's motion to dismiss on or before March 27, 2024.

Defendant then moved on March 28, 2024, for a dismissal for failure to prosecute based on Plaintiff's failure to respond. Dkt. 8. On April 20, 2024, this Court, rather than dismiss for failure to prosecute, reached the merits of the motion to dismiss and granted it without prejudice. *See* Min. Order (Apr. 20, 2024). This Court explained that although the background allegations detailed in the complaint referred to "FNB of PA," all the claims were against "FNBO" and "Wells Fargo." But neither FNBO nor Wells Fargo were parties to this action. As a result, Plaintiff's complaint failed to allege that FNB of PA violated the law, and this Court granted the

motion to dismiss. This Court also advised Plaintiff that he may move for leave to file an amended complaint that details FNB of PA's alleged violations of law or that he may seek leave to name FNBO and/or Wells Fargo as defendants.

Several months have now passed and the Court has not received any filings from Plaintiff. "District courts have inherent power to dismiss a case *sua sponte* for a plaintiff's failure to prosecute or otherwise comply with a court order." *Peterson v. Archstone Communities LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011). The Court concludes that dismissal for failure to prosecute is warranted.

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED** without prejudice. This Order constitutes a final judgment of the Court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: September 6, 2024